1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  RICHARD L. ALLEN,                                No. C 09-03203 SBA (PR)
12          Petitioner,                              **ORDER GRANTING IN FORMA PAUPERIS STATUS; DIRECTING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED; AND ADDRESSING PENDING MOTION**
13     v.
14  F. JAQUEZ, Warden, et al.,
15          Respondents.
16                                          /
17      Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28
18  U.S.C. § 2254. Petitioner also seeks leave to proceed in forma pauperis. It does not appear from the
19  face of the petition that it is without merit. Good cause appearing, the Court hereby issues the
20  following orders:
21      1.      Petitioner's application to proceed in forma pauperis is GRANTED.
22      2.      The Clerk of the Court shall serve a copy of this Order and the petition and all
23  attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State
24  of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.
25      3.      Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**
26  **and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5
27  of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not
28  be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records

that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

4. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

5. Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

6. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

7. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

8. Petitioner's motion to "compel the Attorney General to file an answer" (docket no. 6), which will be construed as a motion to screen the petition, is GRANTED.

9. This Order terminates Docket nos. 2 and 6.

IT IS SO ORDERED.

DATED: 3/2/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

2

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| RICHARD L. ALLEN, | Case Number: CV09-03203 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| F. JAQUEZ et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Leroy Allen F-17156
Pelican Bay State
P.O. Box 7500
Crescent City, CA 95531

Dated: March 4, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Allen3203.OSC.frm     3