IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ALLEN,**<br><br>                              Petitioner,<br><br>    v.<br><br>**F. JAQUEZ, Warden, et al,**<br><br>                              Respondents. | Case No. C 09-3203 SBA (PR)<br><br>**[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record shall be extended 14 days, to and including July 15, 2010.

Dated: 6/23/10

_____
SAUNDRA B. ARMSTRONG
United States District Judge

1

[Proposed] Order - *Allen v. Jaquez* (C 09-3203 SBA (PR))

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

   RICHARD L. ALLEN,
4
           Plaintiff,
5
      v.
6
   F. JAQUEZ et al,
7
           Defendant.
8  _____/

9
                                            Case Number: CV09-03203 SBA
10
                                            **CERTIFICATE OF SERVICE**
11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
   That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15 receptacle located in the Clerk's office.

16

17
   Richard Leroy Allen F-17156
18 Pelican Bay State
   P.O. Box 7500
19 Crescent City, CA 95531

20
   Dated: June 24, 2010
21                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28