**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. ALLEN,

           Petitioner,

  v.

F. JAQUEZ, Warden, et al.,

           Respondents.

                            /

No. C 09-03203 SBA (PR)

**ORDER GRANTING SECOND
REQUEST FOR EXTENSION OF TIME
FOR PETITIONER TO FILE TRAVERSE**

     Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  The Court

directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.

Respondent has filed an answer.  Petitioner now moves for a second extension of time to file a

traverse.  Good cause appearing, the request is GRANTED.  Petitioner shall file a traverse no later

than **December 30, 2010.**

     This Order terminates Docket no. 14.

     IT IS SO ORDERED.

DATED: <u>12/6/10</u>

                                SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Allen3203.2dEOT-Traverse.wpd

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
2  FOR THE
NORTHERN DISTRICT OF
3  CALIFORNIA

4

5

6  RICHARD L. ALLEN,

Case Number: CV09-03203 SBA
7            Plaintiff,

**CERTIFICATE OF SERVICE**
8     v.

9  F. JAQUEZ et al,

10            Defendant.
                                                    /
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.
13
That on December 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing
14  said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
15  delivery receptacle located in the Clerk's office.

16

17
Richard Leroy Allen F-17156
18  Pelican Bay State
P.O. Box 7500
19  Crescent City, CA 95531

20
Dated: December 8, 2010
21
                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.09\Allen3203.2dEOT-Traverse.wpd        2