UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN, | No. C 09-3203 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| F. JAQUEZ, et al., | |
| Respondents. / | |

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED: 9/28/12

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. ALLEN,

        Plaintiff,

v.

F. JAQUEZ et al,

        Defendant.

Case Number: CV09-03203 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Leroy Allen F-17156
Pelican Bay State
P.O. Box 7500
Crescent City, CA 95531

Dated: October 12, 2012

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Quinonez272.jud.wpd    2